| | |
|---|---|
| | KM |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alex Medina, ) | No. CV 1-07-1756-DCB |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Director of CDCR, et al., ) | |
| Defendants. ) | |

In a February 19, 2009 Order (Doc. #10), the Court dismissed Plaintiff's Complaint for failure to comply with Rules 8 and 10 of the Federal Rules of Civil Procedure. The Court gave Plaintiff 30 days to file an amended complaint that cured the deficiencies identified in the Order and warned Plaintiff as follows:

> If Plaintiff fails to file an amended complaint within 30 days, the Clerk of Court must, without further notice, enter a judgment of dismissal of this action with prejudice.

More than 30 days have passed since the Court's February 19, 2009 Order was filed. Plaintiff has not filed an amended complaint. In accordance with the Court's February 19, 2009 Order, the Court will require the Clerk of Court to enter a judgment of dismissal of this case, with prejudice, for failure to comply with a Court order.

Accordingly,

. . . .

. . . .

1     **IT IS ORDERED** that the Clerk of Court must enter a judgment of **dismissal** of this
2 case, **with prejudice**, for failure to comply with a Court order.
3     DATED this 2nd day of April, 2009.

                                       David C. Bury
                                   United States District Judge